# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MARK DEMPSEY,

     Plaintiff,

v.                                                                 Case No. 8:26-cv-260-KKM-SPF

UNITED STATES OF AMERICA,

     Defendant.

---

## <u>ORDER</u>

In a March 23, 2026 Report and Recommendation, R. & R. (Doc. 4), the United States Magistrate Judge recommends denying pro se plaintiff Mark Dempsey's construed motion for leave to proceed in forma pauperis. (Doc. 2). The deadline to object to the Report and Recommendation has passed without objection. Considering the record, I adopt the Report and Recommendation for the reasons stated therein and deny Dempsey's motion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review of that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews

legal conclusions de novo, even absent an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation and deny Dempsey's motion.

Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 4) is **ADOPTED** and made a part of this order for all purposes.

2. Mark Dempsey's construed motion for leave to proceed in forma pauperis (Doc. 2) is **DENIED**.

3. No later than April 28, 2026, Dempsey must pay the $405 filing fee to continue this action. Failure to timely pay will result in dismissal of this action without prejudice and without further notice.

**ORDERED** in Tampa, Florida, on April 14, 2026.

Kathryn Kimball Mizelle
United States District Judge

2